IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| STAR INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | Case No. 1:21-CV-68(WLS) |
| | * |
| BIG LAKE CONTRACTORS INC, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 14, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of March, 2023.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk